SERSZEN, Appellant, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Stanislaus Serszen against the Delaware, Lackawanna & Western

Railroad Company. A. C. Cass, of New York City, for appellant. F. W. Thomson, of New York City, for respondent. No opinion. Order affirmed, with costs and disbursements. Order filed.